474

393 P.3d 1026

U.S. BANK NATIONAL ASSOCIATION, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2006-2, Plaintiff-Appellee,

v.

Dominador M. LOPEZ, Defendant-Appellant,

and

Association of Apartment Owners of Plantation View Hale, Defendant-Appellee

and

John Does 1-50, Jane Does 1-50, Doe Partnerships 1-50, Doe Entities 1-50, and Doe Governmental Units 1-50, Defendants

NO. CAAP-16-0000396

Intermediate Court of Appeals of Hawai'i.

May 10, 2017

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 12-1-3109-12)

SUMMARY DISPOSITION ORDER

Vacated. Remanded.

393 P.3d 1026

STATE of Hawai'i, Plaintiff-Appellant,

v.

Wayne E. CASUGAY, Defendant-Appellee

NO. CAAP-16-0000448

Intermediate Court of Appeals of Hawai'i.

May 16, 2017

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 16-1-0231)

SUMMARY DISPOSITION ORDER

Affirmed.

393 P.3d 1026

Yurie YAMANO, Plaintiff-Appellant,

v.

Doctor Keiichi KOBAYASHI and Doctor Katie Huang, Defendants-Appellees

NO. CAAP-16-0000398

Intermediate Court of Appeals of Hawai'i.

May 17, 2017

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 14-1-2135 (RAN))

SUMMARY DISPOSITION ORDER

Affirmed.